Dolores E. Gonzales, Esq. (Bar No. 171306)
*dolores.gonzales@bravolawgroup.com*
James R. Robertson, Esq. (Bar No. 204923)
*james.robertson@bravolawgroup.com*
BRAVO LAW GROUP, A.P.C.
4025 Camino Del Rio South, Suite 300
San Diego, CA 92108
Telephone: (858) 300-1900
Facsimile: (858) 300-1910

**JS-6**

Attorneys for Defendants
THOR MOTOR COACH, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BLANCA MERCHAIN; and PHILIP MERCHAIN, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> THOR MOTOR COACH, INC.; and DOE 1 through DOE 10, inclusive, <br><br> Defendants. | Case No. 8:20-cv-01262-DOC(ADSx) <br> (*reassigned from USDC- District of CA Eastern, Case No. 5:20-cv-01397; removed from Orange Superior Court, Case No. 30-202-01142622-CU-BC-CJC*) <br><br> ORDER ON MOTION OF THOR MOTOR COACH, INC. TO TRANSFER VENUE TO INDIANA FEDERAL COURT PURSUANT TO 28 U.S.C. §1404(a) [12] and ORDER ON MOTION OF PLAINTIFFS BLANCA MERCHAIN, PHILIP MERCHAIN, JR. TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT [11] <br><br> Motion Hearing Date:  Sept. 14, 2020 <br> Motion Time:              8:30 am <br> Dept.:                          9D |

- 1 -
ORDER ON DEFENDANT THOR'S MOTION TO TRANSFER ACTION

BRAVO LAW GROUP, A.P.C.
4025 CAMINO DEL RIO SOUTH, SUITE 300
SAN DIEGO, CALIFORNIA 92108

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THE UNITED STATES DISTRICT COURT, CENTRAL DISCTRICT OF CALIFORNIA, COURTROOM 6D, THE HONORABLE DAVID O. CARTER, PRESIDING:

Defendant Thor Motor Coach, Inc.'s Motion to Transfer Venue to Indiana Federal Court pursuant to 28 U.S.C. Section 1404(a) came on regularly for hearing on September 14, 2020 at 8:30 am in the above referenced Court, the Hon. David O. Carter, presiding.

Upon review of the record and all briefing filed by all parties, the Court ruled as follows:

IT IS HEREBY ORDERED THAT, based on the provision in the express warranty issued by Defendant Thor Motor Coach, Inc. that accompanied the sale of the subject vehicle to Plaintiffs, which provides that "exclusive jurisdiction for deciding legal disputes relating to alleged breach of warranty or representations of any nature rests in courts within the state of manufacture, which is Indiana", that this lawsuit should be transferred to the United States Federal Court for the Northern District of Indiana in South Bend, Indiana. Dkt. 12. The Court hereby DENIES Plaintiffs Blanca Merchain, Philip Merchain, Jr. Motion to Remand Case to Orange County Superior Court as moot. Dkt. 11.

IT IS SO ORDERED

DATE: <u>September 30, 2020</u>     BY: _____

                                                        DAVID O. CARTER, JUDGE
                                                        UNITED STATES DISTRICT COURT